IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, )
)
v. ) Criminal No. 07-339
)
CURTIS RAY McABEE, )
    Defendant. )

ORDER OF COURT

AND NOW, this 30 day of May, 2012, IT IS HEREBY ORDERED that the conditions of defendant's supervised release, imposed September 9, 2008, are amended to include the following condition:

> Defendant shall be placed in a 28 day in-patient treatment program at Gaudenzia Erie, Inc., followed by placement in a halfway house, as determined appropriate by the Probation Office, until September 24, 2012.

In all other aspects, the Court's Judgment and Commitment Order of September 9, 2008 shall remain in full force and effect.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record
    U.S. Marshal
    U.S. Probation